**SETTE LAW, PC**
Frederick J. Sette (SBN: 173569)
472 W. Putnam Avenue
333 University Ave, Suite 200
Sacramento, CA 95825
T: 916-442-0000
F: 916-442-0001
fred@settelaw.com
info@settelaw.com

Attorneys for Plaintiff, GRICELDA OCHOA

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
S.J. K. HAMMON (SBN 364464)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
mjaime@mathenysears.com
shammon@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRICELDA OCHOA<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01121-TLN-CSK<br><br>**STIPULATION AND ORDER RE: PHYSICAL EXAMINATION OF PLAINTIFF GRICELDA OCHOA**<br><br>Complaint filed: 07/30/2025<br>Trial date: Unassigned |

Plaintiff GRICELDA OCHOA ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1. A controversy exists regarding the physical condition of Plaintiff and good cause exists for a physical examination of Plaintiff.

2. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3. The scope of the examination will be the physical injuries at issue in litigation. Specifically, the injuries that are alleged and at issue are to Plaintiff's left shoulder, left knee, and low back.

4. The physical examination will be conducted by Dr. Patrick McGahan, M.D. — the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true and correct copy of Dr. McGahan's Curriculum Vitae setting forth his qualifications and background.

5. The date and time for the physical examination will be September 30, 2026, 3:00 p.m.

6. The location for the examination is: 3941 J St, Ste 250, Sacramento, CA 95819.

7. Dr. McGahan's contact information is(916) 995-5683.

8. It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9. However, Plaintiff agrees to reasonably comply with Dr. McGahan's cancellation policy and must advise Defendant if she is unable to attend the examination at least five business days before the examination.

Dated: 7/28/26

**SETTE LAW, PC**

By: ______________________
Frederick J. Sette, ESQ. Attorney for Plaintiff GRICELDA OCHOA

///

///

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

///

Dated: 07/27/26

**MATHENY SEARS LINKERT & JAIME LLP**

By: ______________________
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

## ORDER

Pursuant to Plaintiff and Defendant's STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF GRICELDA OCHOA and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF GRICELDA OCHOA is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED**.

Dated: July 31, 2026

______________________
Troy L. Nunley
Chief United States District Judge